**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT LONDON**

**CIVIL ACTION NO. 25-175-DLB-MAS**

**SCOTTIE ROBERTS** **PETITIONER**

**v.** **ORDER**

**RAVONNE SIMS** **RESPONDENT**

*** *** *** *** *** ***

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Matthew A. Stinnett (Doc. # 28), wherein he recommends that Respondents Ravonne Sims's Motion to Dismiss (Doc. # 27) be granted. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 28), is hereby **ADOPTED** as the Opinion of the Court; and

(2) Respondent Ravonne Sims's Motion to Dismiss (Doc. # 27) is **GRANTED**;

(3) Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. # 1) is **DENIED**;

(4) The Court finds no merit for an appeal in this matter, therefore a certificate of appealability **SHALL NOT ISSUE**;

(5) This matter is **DISMISSED WITH PREJUDCE** and **STRICKEN** from the Court's active docket; and

(6) An accompanying Judgment shall be entered contemporaneously herewith.

This 3rd day of October, 2026.

**Signed By:**

***David L. Bunning*** DB

**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\London\2025\25-175 Order Adopting R&R.docx